APPEAL No. 04-15-00012-CV
TRIAL No. 2005-CI-18884

JOHN E. RODARTE SR.
APPELLANT, PLAINTIFF
IN PROPIA PERSONA

Vs.

BEXAR COUNTY, TEXAS.
SHERIFF RALPH LOPEZ, ET AL
APPELLEES, DEFENDANTS

IN THE FOURTH COURT
OF APPEALS
SAN ANTONIO, TEXAS

BEXAR COUNTY, TEXAS

FILED
IN THE COURT OF APPEALS
4TH SAN ANTONIO, TEXAS
2018 JUL 27 PM 12: 59
Keith E. Hottle
KEITH E. HOTTLE, CLERK

APPELLANT'S SUPPLEMENTAL TO APPEAL
BRIEF, WITH LEAVE OF COURT FOR
THIS COURT'S FURTHER APPLICABLE
JURISDICTION IN THIS MATTER

TO THE HONORABLE JUSTICES AND COURT OF APPEALS:

NOW COMES JOHN E. RODARTE SR. ON JULY 22, 2015 COMPLETES THIS SUPPLEMENTAL, FOR THE ABOVE STYLED AND NUMBERED CAUSE OF ACTION, AND WILL SHOW THE HONORABLE COURT THE FOLLOWING:

ON JULY 21, 2015, APPELLANT RODARTE SR. RECEIVED THIS COURT'S ORDER, DATED JULY 16, 2015 DENYING APPELLEES MOTION TO DISMISS APPEAL, AND ALLOWING APPELLEES, UNTIL JULY 27, 2015 TO FILE AN ALREADY LATE BRIEF, THAT APPEARS TO BE WITHOUT THE BENEFIT OF AN EXPLAINATION FOR BEING LATE OR A REQUEST OF AN EXTENSION OF TIME.

THERE ARE A FEW CONCERNS, THAT APPELLANT WISHES TO ADDRESS BEFORE THIS HONORABLE COURT. THEREFORE, APPELLANT ASKS FOR LEAVE OF COURT, TO PRESENT HIS CONCERNS IN SAID MANNER, AND ASKS FOR THIS COURTS PROPER JURISDICTION, INTERVENTION.

FIRST, DUE TO AN ASSUMPTION, THAT, UPON A PHONE CALL ON JULY 06, 2015 FROM JURY MONITORING JUDGE LAURA SALINAS, SAYING THAT SHE WAS FORWARDING THE CASE FOR MEDIATION, WHICH APPELLANT HAS FILED NOTICE THEREOF, TO WHICH JUDGE SALINAS, ALSO STATED, THAT THE CASE IS SET FOR JURY TRIAL FOR SEPTEMBER 14, 2015.

THE CONCERNS HERE ARE QUITE SIMPLE PURSUANT TO THE ISSUES RAISED ON APPEAL, JUDGES ORDERS, SETTING SAID ABOVE STYLED AND NUMBER ACTION, APPELLANT IS UNABLE TO PROVIDE THE EXACT DATE THE DECEMBER 05, 2011 JURY TRIAL SETTING WAS SET, THE CURRENT SEPTEMBER 14, 2015 JURY TRIAL AND ADR SETTING FOR MAY 20, 2015 WAS FIRST SET, ON OCTOBER 06, 2014 BY JUDGE JOHN D. GABRIEL, THEN

1.

Then, on correspondence dated March 31, 2015 from the Civil Jury Assignment Clerk's Office, notice of an ADR Docket setting for May 20, 2015 and a Jury Docket setting for September 14, 2015 by Jury Monitoring Judge Laura Salinas was, a few days later received by Appellant.

The phone call by Judge Laura Salinas on July 06, 2015, caused Appellant, to file motions for a setting of Bench Warrant, Request for Process, initiating phone conference.

Therefore, in light of these circumstances, is the Trial Court, still maintaining plenary power over the original proceeding.

Is the Trial Court, and current recommendations for mediation in proper and correct jurisdiction in the Trial Court? Is Trial Court conferred with jurisdiction. Due to previous orders, setting cause of action for jury trial?

Thus, it must be asked of this court by Appellant, Does this Honorable Court maintain jurisdiction over this Appeal? If this Honorable Court, considers the current circumstances, would it issue its own order, properly setting matters right?

Appellant, apologizes for the fact, that he cannot provide the copies of the orders that set the above cause of action on the jury docket.

Respectfully Submitted,

## Prayer

Appellant Rodarte Sr., makes his pleadings known to God in the highest, that the Honorable Fourth Court of Appeals, grant the relief sought.

Respectfully Done,

## Certificate Of Service

This is to certify, that a true and correct copy of this foregoing documents has been mailed First Class, to Mr. Clarkson F. Brown, Assistant District Attorney, Civil Section, 101 West Nueva St., Suite 370, San Antonio, Texas 78205.

Executed on this, July 22, 2015

Respectfully Done,

J.R./j.r
07/22/2015

2.

R 263270

John E. Rodarte Sr.
TDCJ # 1263270
Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606
LEGAL MAIL
LEGAL MAIL

Fourth Court Of Appeals
Office Of The Clerk, Keith Hottle
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205-3037